## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:

    Lavada D Praylor

        Debtor(s)

Case No. 14-31344-H2-13

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William E. Heitkamp, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/05/2014.

2) The plan was confirmed on 07/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/21/2015, 02/13/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/30/2015, 12/03/2016, 12/22/2018.

5) The case was dismissed on 04/16/2019.

6) Number of months from filing or conversion to last payment: 54.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,012.99.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,687.14 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,687.14

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,958.01 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,092.61 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $6,050.62 |

Attorney fees paid and disclosed by debtor: $0.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aaron Sales & Lease Ow | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AARON'S SALO LOCKBOX | Secured | 2,050.39 | 2,050.39 | 2,050.39 | 1,782.68 | 276.03 |
| AARON'S SALO LOCKBOX | Unsecured | NA | 2,602.51 | 2,602.51 | 0.00 | 0.00 |
| ACE CASH EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AD ASTRA SERVICES | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 1,852.00 | 1,852.22 | 1,852.22 | 0.00 | 0.00 |
| ALEXANDER ROSE ASSOC | Unsecured | 7,150.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,118.00 | NA | NA | 0.00 | 0.00 |
| CAR FINANCIAL SERVICES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Unsecured | NA | 340.10 | 340.10 | 0.00 | 0.00 |
| CENTERPOINT ENERGY | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FINL CONTROL | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SVC | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SVC | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC. | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORPORATI | Unsecured | 1,637.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORPORATI | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS/CONVERGENT OUTS | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| FIRST CONVENIENCE BANK | Unsecured | NA | 1,579.52 | 1,579.52 | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY LOANS INC | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 12,730.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HCCSCD | Priority | 455.57 | 3,275.00 | 455.57 | 455.57 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Unsecured | NA | 5,855.86 | 5,855.86 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Priority | 9,042.11 | 9,042.11 | 9,042.11 | 7,976.59 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 8,301.01 | 8,301.01 | 8,301.01 | 8,182.77 | 962.88 |
| MIDLAND FUNDING | Unsecured | 1,176.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 3,653.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 3,653.93 | 3,653.93 | 3,653.93 | 0.00 | 0.00 |
| NCO FIN/38 | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| NETWORK COLLECTION SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NETWORK COLLECTION SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRTHRN RESOL | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 403.00 | 403.60 | 403.60 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | NA | 290.00 | 290.00 | 0.00 | 0.00 |
| RHODES AUTO SALES | Unsecured | 9,401.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Southwest Recovery | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Unsecured | NA | 154.49 | 154.49 | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| STUDENT LOAN MKT ASSN/SALLIE N | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STUDENT LOAN MKT ASSN/SALLIE N | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| TXU ELECTRIC COMPANY | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| U S Department of Education | Unsecured | 48,763.00 | 49,054.22 | 49,054.22 | 0.00 | 0.00 |
| UNIVERSAL RECOVERY CORP | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,301.01 | $8,182.77 | $962.88 |
| All Other Secured | $2,050.39 | $1,782.68 | $276.03 |
| **TOTAL SECURED:** | **$10,351.40** | **$9,965.45** | **$1,238.91** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,497.68 | $8,432.16 | $0.00 |
| **TOTAL PRIORITY**: | **$9,497.68** | **$8,432.16** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$65,786.45** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,050.62 |
| Disbursements to Creditors | $19,636.52 |
| **TOTAL DISBURSEMENTS** : | **$25,687.14** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/23/2019                    By: /s/ William E. Heitkamp
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**